# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DOROTHY G. GLASS o/b/o
DAVID O. HENTHORN,
    Plaintiff,

vs.                                      Case No.:  3:03cv489/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 6, 2005.  The parties have each been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's Motion For Attorney Fees And Costs (Doc. 21) is granted as follows:

> Plaintiff's counsel, James F. McKenzie, Esquire, is entitled to recover fees and expenses in the amount of $2,892.25 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); the amount of attorney fees requested under the EAJA is reasonable; and the Commissioner is directed to pay counsel that amount.  Costs in the amount of $150.00 are also

awarded, to be paid from the Judgment Fund of the United States Treasury.

**DONE AND ORDERED** this 4th day of August, 2005.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**